UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GERRIT SCOTT STUKKIE, | Case No. 24-10501 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| UNIVERSAL CREDIT SERVICES, | Curtis Ivy, Jr. |
| Defendant. | United States Magistrate Judge |
| _____/ | |

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S JULY 17, 2024
<u>REPORT AND RECOMMENDATION (ECF No. 12)</u>**

Currently before the court is Magistrate Judge Curtis Ivy's July 17, 2024 Report and Recommendation. (ECF No. 12). Magistrate Judge Ivy recommends dismissing the complaint based on the plaintiff's failure to properly serve the summons and complaint and failure to respond to the Order to Show Cause why the complaint should not be dismissed for lack of service. *Id*. The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees with the Magistrate

Judge's recommended disposition.  Therefore, the court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 12) and **DISMISSES** the complaint without prejudice.

    **SO ORDERED**.

Date: August 9, 2024                                <u>s/F. Kay Behm</u>
                                                                        F. Kay Behm
                                                                        United States District Judge